Doc

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF ASSIGNMENT
07cv7363

Johnson v.
Merck & Co., Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is
reassigned to the calendar of

Judge Keenan

    All future documents submitted in this action are to be presented in the Clerk's
Office of the Southern District Court for filing and shall bear the assigned judge's
initials after the case number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of
assignment on all defendants.

J. Michael McMahon, CLERK

Dated: 09/07/2007

                    By:      Jenny R. Horne
                              Deputy Clerk

cc:  Attorneys of Record
PS REASSIGNMENT FORM

Data Quality Control
Revised:  March 9, 2001