## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:   FOSAMAX PRODUCTS | MDL Docket No. 1789 |
| | Case No. 1:06-md-1789 JFK-JCF |
| LIABILITY LITIGATION | |
| This document relates to: | Judge Keenan |
| *Johnson,* 07-cv-7363 | Magistrate Judge Francis |
| _____/ | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lela M. Hollabaugh hereby enters her appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED: April 8, 2008

        Respectfully submitted,

        s/Lela M. Hollabaugh
        Lela M. Hollabaugh (TN BPR #14894)
        Waller Lansden Dortch & Davis, LLP
        511 Union Street, Suite 2700
        Nashville, TN  37219
        Tel: 615-244-6830 / Fax: 615-244-6804
        lela.hollabaugh@wallerlaw.com
        Counsel for Defendant, Merck & Co., Inc.

1778873.6

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic filing to all counsel on the Service List for this case. Parties may access this filing through the Court's system.

s/Lela M. Hollabaugh
Lela M. Hollabaugh
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: 615-244-6830 / Fax: 615-244-6804
lela.hollabaugh@wallerlaw.com

1778873.6